## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDRE J. TWITTY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 08-cv-119-DRH |
| **JOHN ASHCROFT,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court on Defendants' motion to revoke Plaintiff's pauper status. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he was not under imminent danger of serious physical injury. The Court also found that Plaintiff is a restricted filer within the Seventh Circuit and is thus precluded from any further litigation efforts in this action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**July 18, 2008**                       **By:** /s/ DavidRHerndon
*Date*                                                      *Chief Judge*